UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division
**Case Number:09-14119-CIV-MARTINEZ-LYNCH**

MOSES ANDERSON,
    Plaintiff,

vs.

SUSAN BENTON, in her official capacity as
Sheriff of Highlands County, Florida and
ROBINN LEE SINGLES, individually,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Defendant's Motion to Dismiss Count II of the Complaint (D.E. No. 2). Magistrate Judge Lynch filed a Report and Recommendation, recommending that this motion be denied. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation **(D.E. No. 14)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Defendant's Motion to Dismiss Count II of the Complaint (D.E. No. 2) is **DENIED**.

2. Defendant Sheriff Benton shall file an answer to the Complaint **on or before July 23, 2009.**

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of July, 2009.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record